

# INMATE GRIEVANCE OFFICE
### Kentucky State Reformatory
### 3001 W. Hwy. 146
### LaGrange, Kentucky 40032

## GRIEVANCE REJECTION NOTIFICATION

**Name:** Jeffery Johnson
**Number:** 277231
**Dorm:** D-7
**Date:** 4/25/22
**Griev. #:** 22-0212

*Please Scan Into Johnson vs SCHANKS 3:22-CV-235-RGJ*

Your grievance has been deemed non-grievable for one or more of the following reasons:

✓ You have failed to ~~sign and/or~~ date your grievance.

___ This issue is identical to one that has already been grieved within the last six (6) months.

___ Was filed more than five (5) working days after the incident.

___ Contains inappropriate language.

___ You are asking for an inappropriate action to be taken.

___ There was no action requested.

___ You have personally grieved this issue within the past six (6) months.

___ This issue is related to a disciplinary action and therefore non-grievable.

___ This issue is a classification action and therefore non-grievable.

___ Other:

**FILED**
JAMES J. VILT, JR. - CLERK
MAY - 9 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**COPY**

NG ✓

Mr. James C. Holcomb  *(JH)*
Grievance Coordinator

Mr. Driever, Mr. Nickelberry, Mr. Thompson, Mr. Beckham
Grievance Aides

I have received a copy,

_____    _____
Grievant's Signature        Date

Rev. 8/2015


RECEIVED
APR 2 2 2022
By HOLCOMB

Attachment II
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

NAME Jeffery Johnson  
INSTITUTIONAL NUMBER 257231  
UNIT/HOUSING ASSIGNMENT 7-D-4  

INSTITUTION Kentucky State Reformatory (KSR)  
GRIEVANCE NUMBER 22-0212  
DATE RECEIVED _____

**BRIEF STATEMENT OF THE PROBLEM**

I was Lock In CPTU Cell For over 3 week Covered In Human waste when Toilet Backed up And Flooded Cell with shit And Piss while Being Denied Showers By LT RAE, officer walker, withew wilson LT Nolan + URStuarky After Cell were Flooded with Human waste Plaintiff has Been Given Hep A,B,C Test And Aids Test Plaintiff was on A walker And could Not USE walker with Hands Cuffed to wast  ⤵ Continue on Back

**ACTION REQUESTED**
Investigate And take Approciate Action

_____ 4-22-22    Walter L Weaver 4/22/22  
GRIEVANT'S SIGNATURE   DATE    GRIEVANCE AIDE'S SIGNATURE / DATE

## INFORMAL RESOLUTION STAGE

_____  _____  _____
STAFF SIGNATURE    DATE    GRIEVANCE AIDE'S SIGNATURE / DATE

I am _____ or am not _____ satisfied with this informal resolution to my grievance. (You have 5 business days to forward this form to the Grievance Coordinator to request a hearing.)

_____    _____
GRIEVANT'S SIGNATURE     DATE

COPY

# GRIEVANCE CONTINUATION FORM

(Please Print)

Name: Jeffery Johnson   Number: 277231   Dorm: 7-D-4

CONTINUE STATEMENT BELOW:

And Officers would NOT Get Me A wheel Chair Cell's Flooded twice I A Very Short Time And Nothing wes Even Done 2nd time (SHIT) Turds were on toilet seat, And Floor Shanks Looked In the window And Did Nothing Just Left Me Locked In There For over 3 weeks Officers would NOT Get Me A wheel Chair And wanted to Restrain My Hands to My waist Making it Impossible to use walker Officer Julian Stated I Don't Give A Fuck I Don't Have to Get you A wheel Chair when I Begged For A Shower

SEE
McCord vs Maggio 927 F 2d 844, 848 (5th Cir 1991) Confinement In A Segregation Cell Flooded with Sewage & Foul water was A Clear Violation of the 8th Amendment

Thomas vs Jabe 760 F. Supp 120, 123 (E.D. Mich 1991) Placement In A Segregation Cell Flooded with water & Human waste was UnConstitutional

Surprenant vs Rivas 424 F 3d. 5, 19-20 (1st Cir. 2005)
Holding 3 weeks In A Segregation Cell UNDER UNSanitary Conditions would Violate Detainees Due Process Rights which were Held EQUEL to 8th Amendment Practices

Rev. 8/2015

KSR
Jeffery Johnson 277231
3001 W Hwy 146
LaGrange Ky 40032

FILED
JAMES J. VILT, JR. - CLERK
MAY - 9 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LOUISVILLE KY 400
KENTUCKY STATE REFORMATORY
6 MAY 2022 PM 2 L
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS

NEOPOST
05/06/2022
US POSTAGE $00
ZIP 40032
041M11457337



U S Court Clerk
601 Broadway Rm 106
Gene Snyder US Court House
Louisville Ky 40202

40202-224999