UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**JEFFERY JOHNSON**     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 3:22-CV-P235-JHM**

**UA SCHANKS** *et al.*     **DEFENDANTS**

### MEMORANDUM AND ORDER

Plaintiff Jeffery Johnson filed the instant *pro se* prisoner 42 U.S.C. § 1983 action. This matter is before the Court on eight motions filed by Plaintiff.

### *DNs 39, 40, and 47*

Plaintiff filed a motion requesting the Court to order all requests for admissions he served on Defendants be deemed admitted because Defendants failed to respond to them (DN 39). He states that Defendants have failed to respond to any of his discovery responses.

Plaintiff also filed a motion for default judgment arguing that Defendants have not engaged in discovery in this case in violation of the Federal Rules of Civil Procedure and the Court's Service and Scheduling Order and have not responded to his pending motions (DN 40). Plaintiff also filed a motion requesting the Clerk of Court to enter default judgment against Defendants (DN 47).

Defendants did not respond to any of these motions. In the Service and Scheduling Order, the Court ordered Defendants' counsel to produce to Plaintiff all records or documentation relevant to Plaintiff's claims that survived initial review and to certify that production was complete no later than October 12, 2023. The docket shows that Defendants have failed to file a certification. Therefore,

**IT IS ORDERED** that Defendants shall **SHOW CAUSE** for their failure to comply with the Court's Service and Scheduling Order and failure to respond to Plaintiff's discovery requests within **30 days** of the entry date of this Memorandum and Order. **IT IS FURTHER ORDERED** that Defendants shall file a response to Plaintiff's motion regarding his requests for admissions and motions for default judgment (DNs 39, 40, and 47) within **30 days** of the entry date of this Memorandum and Order. Plaintiff may file a reply within **30 days** of Defendants' response.

### *DNs 41, 43, 44, and 48*

Plaintiff also filed two motions in support of his motion for summary judgment and requesting immediate ruling on the summary-judgment motion (DNs 41 and 44); a motion for immediate ruling in the case (DN 43); and a motion for immediate ruling on his motions for default judgment and summary judgment (DN 48). By separate Memorandum and Order, the Court denied Plaintiff's motion for summary judgment. To the extent Plaintiff requests a ruling in his favor based on his motions for default judgment, the Court has directed Defendants to respond to his motions above. Therefore,

**IT IS ORDERED** that Plaintiff's motions (DNs 41, 43, 44, and 48) are **DENIED as moot**.

### *DN 46*

Plaintiff also filed a motion requesting to "change name of case to Cain v. Shanks." Plaintiff points to an Order entered in another case before this Court, *Anthony Cain a/k/a Jeffery Johnson v. Jimmy Lee Scott et al.*, 5:23-CV-73-JHM, in which the Court granted Plaintiff's motion to change his name in the docket sheet to Anthony Cain. In that case, the Court acknowledged that Plaintiff attached to the motion a "Name Change Order" from Calloway County District Court which indicates that Plaintiff legally changed his name from "Jefferey Kenneth Johnson" to "Anthony Chase Cain" on April 26, 2023. Upon consideration,

**IT IS ORDERED** that this motion (DN 46) is **GRANTED**, and the **Clerk of Court** is **DIRECTED** to change Plaintiff's name in the docket sheet to "Anthony Cain, also known as Jeffery Johnson" and to change the title of the case to reflect same.

Date: December 21, 2023

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

cc: Plaintiff, *pro se*
    Counsel of record
4414.010