IN THE UNITED STATES DISTRICT COURT

3:22-CV-235

JOHNSON
VS
SHANKS

FILED
JAMES J. VILT, JR. CLERK
DEC 21 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MOTION FOR IMMEDIATE RULING IN THIS CASE AND THAT ALL ADMISSIONS ARE ADMITTED TO

COMES NOW PLAINTIFF PRO SE AND MOVES THE COURT FOR AN IMMEDIATE RULING OF SUMMARY JUDGEMENT IN THIS CASE UNDER FED R. CIV 36 ALL ADMISSIONS ARE ADMITTED TO THEY ARE PAST THE 30 DAY LIMIT INTERROGATORY & ADMISSION WERE SENT TO DEFENDANTS 6-17-23 & ATTEMPT TO RESOLVE ANY DISCOVERY DISPUTE SENT ON 8-11-23 THE DEFENDANTS HAVE NOT ANSWERED ANY DISCOVERY REQUEST IN THIS CASE HAVE NOT RESPONDED TO ANY THING IN THIS CASE UNDER FED R. 56 STATES THE COURT SHALL GRANT SUMMARY JUDGEMENT IF THE MOVANT SHOWS THEIR IS NO GENUINE DISPUTE AS TO ANY MATERIAL FACT AND THE MOVANT IS ENTITLED TO JUDGEMENT AS A MATTER OF LAW

THE DEFENDANT HAVE NOT RESPONDED TO ANY DISCOVERY REQUES ADMISSION MOTION AND DID NOT DEFEND THIS CASE PLAINTIFF MOVES THE COURT FOR AN IMMEDIATE RULING OF SUMMARY JUDGMENT IN THIS CASE

CERTIFICATE OF SERVICE
DEC 18 2023

*Anthony Chin*

ANTHONY CHEIN
CCJ#22
310 N 4th ST
MURRAY KY 42071

FILED
JAMES J. VILT, JR. - CLERK
DEC 21 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LEGAL
MAIL

JAIL MAIL

US COURT CLERK
106 GENE SNYDER US COURT HOUSE
601 W BROADWAY
LOUISVILLE KY 40602

